# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

2010 FEB -1 P 2: 30

**UNITED STATES OF AMERICA**

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(Amended as to defendant's USM Number)
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:98-cr-166-J-32TEM
USM NUMBER: 28095-018

V.

JIMMIE DENNIS, JR.

Defendant's Attorney: Noel G. Lawrence

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number **One (1)** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, distribution of Cocaine Base Five (5) Grams or More | June 10, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)___ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: November 19, 2009

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: February ___, 2010

| | |
|---|---|
| Defendant: JIMMIE DENNIS, JR. | Judgment - Page 2 of 2 |
| Case No.: 3:98-cr-166-J-32TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY SEVEN (27) MONTHS, to run consecutively with defendant's imprisonment pursuant to the Judgment in the Middle District of Florida, Docket Number 3:08-cr-296-J-32JRK.**

   **X**   The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration in FCI Jesup or FCI Estill**
- **Defendant receive substance abuse treatment**
- **Defendant receive mental health treatment**
- **Defendant participate in any available educational and vocational programs**

   **X**   The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m. p.m. on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL